AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

Kevin James Kohute
)
*Plaintiff/Petitioner*
)
U.S. President Donald J. Trump
)
~~California Crystbank LLC~~
)
*Defendant/Respondent*
)

Civil Action No.

5:26-cv-04577

**FILED**

5/15/2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Smith County Jail    206 East Elm Street
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $     0     , and my take-home pay or wages are:  $     0     per
*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Did you raise this issue in a second petition for post-conviction relief or state petition for habeas corpus? ___Yes ✓ No. If no, explain why not: Please Send me a Habeaus Corpus Packet To my Jail cell for Presidential Pardon request

If yes, name of court: Mark busby . Date petition filed: ___/___/___. Did you receive an evidentiary hearing? ___Yes ✓ No. Did you appeal to the Nevada Supreme Court? ___Yes ✓ No. If no, explain why not: _____

_____.

If yes, did you raise this issue? ___Yes ✓ No. If no, explain why not: _____

_____.

< Other Proceedings:

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on this issue (such as administrative remedies)? ✓Yes ___No. If yes,

explain: Mental Health incompetent I failed Test _____

_____.


State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

**GROUND 3**

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my
4th, 5th, 6th _____ Amendment right to The Freedom of Speech Act, based on these facts:
I have the right To be represented in court properly To speak with the Judge I'v been to washington D.C. before I'm asking Politely To file a Presidents Civil Action lawsuit Packet Against U.S. President Donald J Trump To Vouch for A fraternity house called Kappa Sigma Alumni GAMMA OMEGA Sorority house Association Because Barrack OBAMA Graduated from Harvard University Please send me a 42 usc 1983 Civil Actions Prisoners Petitioners Complaint Packet To MY Jail cell Kevin J Kohute #156767 To Smith County Jail at 206 East Elm street, Tyler TX 75702 Please send me a J544 form too.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)  Kevin James Kohute
      Defendant(s)  U.S. President Donald J. Trump

2.    Court *(if federal court, name the district; if state court, name the county and State)*
      I filed a U.S. White house Civil lawsuit Petition
      By Judge Mark Busby from Sanfransisco Courthouse

3.    Docket or index number
      I don't remeber Docket

4.    Name of Judge assigned to your case
      Mark Busby

5.    Approximate date of filing lawsuit
      Kevin Kohnte vs U.S. White house April 1, 2026

6.    Is the case still pending?

      ☑ Yes

      ☑ No

      If no, give the approximate date of disposition  Docket April /22/2026

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I need a Civil Action lawsuit Packet sent To me Please To file a Civil lawsuit Against U.S. President Donald J Trump I Can Pay lawsuit Court Cost send 42 USC 1983 Packet To Kevin Kohute #156767
      206 East Elm Street
      Tyler, TX, 75702

Tyler Junior College
Zurich Police

Swiss
Federal Department

Geneva 3,

Bundesrahn 30, 3003 bern

switzerland

Great britains Palace

france AMBassador
Paris Police    Bonjour la Parrissa

London Police Detectives